*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 9, 2009

### STATE OF CONNECTICUT *v.* JULIO T. BURGOS-TORRES

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 112 (AC 29896), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided September 9, 2009

### STATE OF CONNECTICUT *v.* MARTIN M.

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 166 (AC 27807), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 9, 2009